**Fill in this information to identify the case:**

Debtor 1 __Carrie Hudson_____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: __EASTERN DISTRICT OF PENNSYLVANIA__

Case number __23-12364_____

Official Form 410S1

# Notice of Mortgage Payment Change         12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** BANK OF AMERICA, N.A.

**Court claim no.** (if known): _____

**Date of payment change:**
Must be at least 21 days after date of this notice    09/28/2023

**Last 4 digits** of any number you use to identify the debtor's account:    7500

**New total payment:**    $ 592.89
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:  $ _____    New escrow payment:  $ _____

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☐ No
   ☒ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: Interest rate change for HELOC from a regular change in the applicable index, and rate change is reflected in normal monthly statement.

   Current interest rate:        9.18 %        New interest rate:        9.43 %
   Current principal and interest payment: $ 595.27    New principal and interest payment: $ 592.89

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☐ No
   ☒ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)
   Reason for change: NUMBER OF DAYS IN BILLING CYCLE HAS CHANGED

   Current mortgage payment: $ 595.27    New mortgage payment: $ 592.89

| Debtor 1 | Carrie Hudson | Case number (if known) | 23-12364 |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Elliott Myers
Signature

Date 09/06/2023

Print: Elliott Myers

Title: Assistant Vice President

Company: Bank of America

Address: 4161 Piedmont Parkway
Number       Street

Greensboro, NC  27410
City                                State       ZIP Code

Contact phone: (335) 854-7622

Email: elliott.myers@BofA.com

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA ( PHILADELPHIA DIVISION)

Chapter: 13  No. 23-12364

Judge: PATRICIA M. MAYER

In re:

Carrie Hudson

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that on 09/06/2023, I caused to be served a copy of this Notice and all attachments on the following by U.S. Mail, postage pre-paid, or via filing with the U.S. Bankruptcy Court's CM ECF system.

Debtor:    Carrie Hudson
           1506 S Corlies St
           Philadelphia, PA 19146-3510

Debtor's      GEORGETTE MILLER
Attorney:     1500 Market St Ste 3500E
              Philadelphia, PA 19102-2101

Trustee:   KENNETH E. WEST
           1234 Market St Ste 1813
           Philadelphia, PA 19107-3704

/s/ Larry Yip

LCI
(as Authorized Agent for Bank of America N.A.)
111 Anza Blvd Suite 310
Burlingame, CA 94010
650.342.9486 (x250)
larry.yip@lciinc.com