**Liberty Lutheran**

| | |
|---|---|
| Employer Name: | Artman Lutheran Home |
| Employer Phone: | 267-464-7700 |
| Employer Address: | 250 N Bethlehem Pike, Ambler, PA 19002 |

| | |
|---|---|
| Employee Name: | Carrie Hudson |
| Employee #: | 380851 |
| Employee Address: | 1506 S Corlies Street, Philadelphia, PA 19146 |
| Department: | 6507 - Dining Service |
| Job Title: | Household Cook- Artman |

| | |
|---|---|
| Pay Date: | 6/9/2023 |
| Pay Period: | 5/21/2023 - 6/3/2023 |
| Deposit Advice #: | 625632401 |
| Pay Frequency: | Bi-Weekly |
| Pay Rate: | 17.0000 |
| Federal Filing Status: | Single |
| Federal 2c/Extra Withholding: | No/$0.00 |
| Local Exemptions: | (Philadelphia) |
| State Filing Status: | (PA) |
| State Exemptions: | (PA) |

| | Current 5/21/2023 - 6/3/2023 | | | YTD As of 6/3/2023 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | | | | | |
| Regular | 91.00 | | $1,480.85 | 874.90 | $12,969.20 |
| Holiday | 60.40 | 17.0000 | $1,026.80 | 684.70 | $11,639.90 |
| Double Time | 7.50 | 17.0000 | $127.50 | 7.50 | $127.50 |
| Annual Leave | | | | 7.70 | $261.80 |
| CAT Leave | | | | 21.00 | $357.00 |
| Shift Diff 1 | | | | 4.00 | $68.00 |
| Premium Holiday | 15.60 | 0.5000 | $7.80 | 142.50 | $71.25 |
| Sign-On | 7.50 | 42.5000 | $318.75 | 7.50 | $318.75 |
| | | | | | $125.00 |
| **Taxes** | | | | | |
| Fed W/H | | | $323.22 | | $2,677.25 |
| FICA EE | | | $105.32 | | $764.36 |
| Fed MWT EE | | | $91.81 | | $804.09 |
| PA W/H | | | $21.47 | | $188.05 |
| PA UT EE | | | $45.46 | | $398.15 |
| AmblrBorLST | | | $1.04 | | $9.08 |
| PhilCityW/H | | | $2.00 | | $22.00 |
| | | | $56.12 | | $491.52 |

| | Routing # | Account # | Amount | | Amount |
|---|---|---|---|---|---|
| **Net Pay** | | | | | |
| Direct Deposit | 236084285 | XXXX5501 | $1,157.63 | | $10,291.95 |
| | | | $1,157.63 | | |

| **Accruals & Balances** | | | |
|---|---|---|---|
| Annual Leave Balance: | 16.84 Hours | Annual Leave Accrued: | 3.44 Hours |
| Catastrophic Leave Balance: | 12.83 Hours | Catastrophic Leave Accrued: | 1.73 Hours |
| Annual Leave Accrual Balance: | 4.32 Hours | Annual Leave Accrual Accrued: | 4.32 Hours |

CERIDIAN

Page 1 of 1

**Liberty Lutheran**

| | | |
|---|---|---|
| **Employer Name:** | Artman Lutheran Home | |
| **Employer Phone:** | 267-464-7700 | |
| **Employer Address:** | 250 N Bethlehem Pike Ambler, PA 19002 | |

| | |
|---|---|
| **Employee Name:** | Carrie Hudson |
| **Employee #:** | 380851 |
| **Employee Address:** | 1506 S Corlies Street Philadelphia, PA 19146 |
| **Department:** | 6507 - Dining Service |
| **Job Title:** | Household Cook- Artman |

| | |
|---|---|
| **Pay Date:** | 6/23/2023 |
| **Pay Period:** | 6/4/2023 - 6/17/2023 |
| **Deposit Advice #:** | 630907387 |
| **Pay Frequency:** | Bi-Weekly |
| **Pay Rate:** | 17.0000 |
| **Federal Filing Status:** | Single |
| **Federal 2c/Extra Withholding:** | No/$0.00 |
| **Local Exemptions:** | (Philadelphia) |
| **State Filing Status:** | (PA) |
| **State Exemptions:** | (PA) |

| | Current 6/4/2023 - 6/17/2023 | | | YTD As of 6/17/2023 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | | | | | |
| Regular | 82.50 | | $1,148.40 | 957.40 | $14,117.60 |
| Holiday | 67.10 | 17.0000 | $1,140.70 | 751.80 | $12,780.60 |
| Double Time | | | | 7.50 | $127.50 |
| Annual Leave | | | | 7.70 | $261.80 |
| CAT Leave | | | | 21.00 | $357.00 |
| Shift Diff 1 | | | | 4.00 | $68.00 |
| Premium Holiday | 15.40 | 0.5000 | $7.70 | 157.90 | $78.95 |
| Sign-On | | | | 7.50 | $318.75 |
| | | | | | $125.00 |
| **Taxes** | | | | | |
| Fed W/H | | | $234.86 | | $2,912.11 |
| FICA EE | | | $65.42 | | $829.78 |
| Fed MWT EE | | | $71.20 | | $875.29 |
| PA W/H | | | $16.66 | | $204.71 |
| PA UT EE | | | $35.26 | | $433.41 |
| AmblrBorLST | | | $0.80 | | $9.88 |
| PhilCityW/H | | | $2.00 | | $24.00 |
| | | | $43.52 | | $535.04 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | | | |
| Direct Deposit | 236084285 | XXXX5501 | $913.54 $913.54 | | $11,205.49 |

| **Accruals & Balances** | | | |
|---|---|---|---|
| Annual Leave Balance: | 21.16 Hours | Annual Leave Accrued: | 4.32 Hours |
| Catastrophic Leave Balance: | 14.38 Hours | Catastrophic Leave Accrued: | 1.54 Hours |
| Annual Leave Accrual Balance: | 3.86 Hours | Annual Leave Accrual Accrued: | 3.86 Hours |

CERIDIAN

Page 1 of 1

**Liberty Lutheran**

| | |
|---|---|
| Employer Name: | Artman Lutheran Home |
| Employer Phone: | 267-464-7700 |
| Employer Address: | 250 N Bethlehem Pike, Ambler, PA 19002 |
| Employee Name: | Carrie Hudson |
| Employee #: | 380851 |
| Employee Address: | 1506 S Corlies Street, Philadelphia, PA 19146 |
| Department: | 6507 - Dining Service |
| Job Title: | Household Cook- Artman |
| Pay Date: | 7/7/2023 |
| Pay Period: | 6/18/2023 - 7/1/2023 |
| Deposit Advice #: | 636536220 |
| Pay Frequency: | Bi-Weekly |
| Pay Rate: | 17.0000 |
| Federal Filing Status: | Single |
| Federal 2c/Extra Withholding: | No/$0.00 |
| Local Exemptions: | (Philadelphia) |
| State Filing Status: | (PA) |
| State Exemptions: | (PA) |

| | Current 6/18/2023 - 7/1/2023 | | | YTD As of 7/1/2023 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | | | | | |
| Regular | 90.00 | | $1,282.50 | 1,047.40 | $15,400.10 |
| Holiday | 75.00 | 17.0000 | $1,275.00 | 826.80 | $14,055.60 |
| Double Time | | | | 7.50 | $127.50 |
| Annual Leave | | | | 7.70 | $261.80 |
| CAT Leave | | | | 21.00 | $357.00 |
| Shift Diff 1 | | | | 4.00 | $68.00 |
| Premium Holiday | 15.00 | 0.5000 | $7.50 | 172.90 | $86.45 |
| Sign-On | | | | 7.50 | $318.75 |
| | | | | | $125.00 |
| **Taxes** | | | | | |
| Fed W/H | | | $270.51 | | $3,182.62 |
| FICA EE | | | $81.52 | | $911.30 |
| Fed MWT EE | | | $79.52 | | $954.81 |
| PA W/H | | | $18.59 | | $223.30 |
| PA UT EE | | | $39.37 | | $472.78 |
| AmblrBorLST | | | $0.90 | | $10.78 |
| PhilCityW/H | | | $2.00 | | $26.00 |
| | | | $48.61 | | $583.65 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | | | |
| Direct Deposit | 236084285 | XXXX5501 | $1,011.99 $1,011.99 | | $12,217.48 |

| Accruals & Balances | | | |
|---|---|---|---|
| Annual Leave Balance: | 25.02 Hours | Annual Leave Accrued: | 3.86 Hours |
| Catastrophic Leave Balance: | 16.1 Hours | Catastrophic Leave Accrued: | 1.73 Hours |
| Annual Leave Accrual Balance: | 4.32 Hours | Annual Leave Accrual Accrued: | 4.32 Hours |

CERIDIAN

Page 1 of 1

**Liberty Lutheran**

| | | |
|---|---|---|
| **Employer Name:** Artman Lutheran Home | **Employee Name:** Carrie Hudson | **Pay Date:** 7/21/2023 |
| **Employer Phone:** 267-464-7700 | **Employee #:** 380851 | **Pay Period:** 7/2/2023 - 7/15/2023 |
| **Employer Address:** 250 N Bethlehem Pike Ambler, PA 19002 | **Employee Address:** 1506 S Corlies Street Philadelphia, PA 19146 | **Deposit Advice #:** 642751246 |
| | **Department:** 6507 - Dining Service | **Pay Frequency:** Bi-Weekly |
| | **Job Title:** Household Cook- Artman | **Pay Rate:** 17.0000 |
| | | **Federal Filing Status:** Single |
| | | **Federal 2c/Extra Withholding:** No/$0.00 |
| | | **Local Exemptions:** (Philadelphia) |
| | | **State Filing Status:** (PA) |
| | | **State Exemptions:** (PA) |

| | Current 7/2/2023 - 7/15/2023 | | | YTD As of 7/15/2023 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | | | | | |
| Regular | 91.10 | | $1,616.85 | 1,138.50 | $17,016.95 |
| Holiday | 60.30 | 17.0000 | $1,025.10 | 887.10 | $15,080.70 |
| Double Time | | | | 7.50 | $127.50 |
| Annual Leave | | | | 7.70 | $261.80 |
| CAT Leave | 7.50 | 17.0000 | $127.50 | 28.50 | $484.50 |
| Shift Diff 1 | | | | 4.00 | $68.00 |
| Premium Holiday | 15.50 | 0.5000 | $7.75 | 188.40 | $94.20 |
| Sign-On | 7.80 | 42.5000 | $331.50 | 15.30 | $650.25 |
| | | | $125.00 | | $250.00 |
| **Taxes** | | | | | |
| Fed W/H | | | $358.73 | | $3,541.35 |
| FICA EE | | | $121.64 | | $1,032.94 |
| Fed MWT EE | | | $100.24 | | $1,055.05 |
| PA W/H | | | $23.45 | | $246.75 |
| PA UT EE | | | $49.64 | | $522.42 |
| AmblrBorLST | | | $1.13 | | $11.91 |
| PhilCityW/H | | | $2.00 | | $28.00 |
| | | | $60.63 | | $644.28 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | $1,258.12 | | $13,475.60 |
| Direct Deposit | 236084285 | XXXX5501 | $1,258.12 | | |

| Accruals & Balances | | | |
|---|---|---|---|
| Annual Leave Balance: | 21.84 Hours | Annual Leave Accrued: | 4.32 Hours |
| Catastrophic Leave Balance: | 17.83 Hours | Catastrophic Leave Accrued: | 1.73 Hours |
| Annual Leave Accrual Balance: | 4.32 Hours | Annual Leave Accrual Accrued: | 4.32 Hours |

CERIDIAN

Page 1 of 1

**Liberty Lutheran**

| | |
|---|---|
| Employer Name: | Artman Lutheran Home |
| Employer Phone: | 267-464-7700 |
| Employer Address: | 250 N Bethlehem Pike, Ambler, PA 19002 |

| | |
|---|---|
| Employee Name: | Carrie Hudson |
| Employee #: | 380851 |
| Employee Address: | 1506 S Corlies Street, Philadelphia, PA 19146 |
| Department: | 6507 - Dining Service |
| Job Title: | Household Cook- Artman |

| | |
|---|---|
| Pay Date: | 8/4/2023 |
| Pay Period: | 7/16/2023 - 7/29/2023 |
| Deposit Advice #: | 648302172 |
| Pay Frequency: | Bi-Weekly |
| Pay Rate: | 17.0000 |
| Federal Filing Status: | Single |
| Federal 2c/Extra Withholding: | No/$0.00 |
| Local Exemptions: | (Philadelphia) |
| State Filing Status: | (PA) |
| State Exemptions: | (PA) |

| | Current 7/16/2023 - 7/29/2023 | | | YTD As of 7/29/2023 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | | | | | |
| Regular | 89.80 | | $1,279.10 | 1,228.30 | $18,296.05 |
| Holiday | 74.80 | 17.0000 | $1,271.60 | 961.90 | $16,352.30 |
| Double Time | | | | 7.50 | $127.50 |
| Annual Leave | | | | 7.70 | $261.80 |
| CAT Leave | | | | 28.50 | $484.50 |
| Shift Diff 1 | | | | 4.00 | $68.00 |
| Premium Holiday | 15.00 | 0.5000 | $7.50 | 203.40 | $101.70 |
| Sign-On | | | | 15.30 | $650.25 |
| | | | | | $250.00 |
| **Taxes** | | | $269.09 | | $3,810.44 |
| Fed W/H | | | $81.11 | | $1,114.05 |
| FICA EE | | | $79.31 | | $1,134.36 |
| Fed MWT EE | | | $18.54 | | $265.29 |
| PA W/H | | | $39.27 | | $561.69 |
| PA UT EE | | | $0.89 | | $12.80 |
| AmblrBorLST | | | $2.00 | | $30.00 |
| PhilCityW/H | | | $47.97 | | $692.25 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | $1,010.01 | | $14,485.61 |
| Direct Deposit | 236084285 | XXXX5501 | $1,010.01 | | |

| Accruals & Balances | | | |
|---|---|---|---|
| Annual Leave Balance: | 26.16 Hours | Annual Leave Accrued: | 4.32 Hours |
| Catastrophic Leave Balance: | 19.55 Hours | Catastrophic Leave Accrued: | 1.72 Hours |
| Annual Leave Accrual Balance: | 4.31 Hours | Annual Leave Accrual Accrued: | 4.31 Hours |

CERIDIAN

Page 1 of 1

**Liberty Lutheran**

| | |
|---|---|
| **Employer Name:** | Artman Lutheran Home |
| **Employer Phone:** | 267-464-7700 |
| **Employer Address:** | 250 N Bethlehem Pike, Ambler, PA 19002 |

| | |
|---|---|
| **Employee Name:** | Carrie Hudson |
| **Employee #:** | 380851 |
| **Employee Address:** | 1506 S Corlies Street, Philadelphia, PA 19146 |
| **Department:** | 6507 - Dining Service |
| **Job Title:** | Household Cook- Artman |

| | |
|---|---|
| **Pay Date:** | 8/18/2023 |
| **Pay Period:** | 7/30/2023 - 8/12/2023 |
| **Deposit Advice #:** | 653647566 |
| **Pay Frequency:** | Bi-Weekly |
| **Pay Rate:** | 17.0000 |
| **Federal Filing Status:** | Single |
| **Federal 2c/Extra Withholding:** | No/$0.00 |
| **Local Exemptions:** | (Philadelphia) |
| **State Filing Status:** | (PA) |
| **State Exemptions:** | (PA) |

| | Current 7/30/2023 - 8/12/2023 | | | YTD As of 8/12/2023 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | | | | | |
| Regular | 89.20 | | $1,270.55 | 1,317.50 | $19,566.60 |
| Holiday | 74.30 | 17.0000 | $1,263.10 | 1,036.20 | $17,615.40 |
| Double Time | | | | 7.50 | $127.50 |
| Annual Leave | | | | 7.70 | $261.80 |
| CAT Leave | | | | 28.50 | $484.50 |
| Shift Diff 1 | 14.90 | 0.5000 | $7.45 | 4.00 | $68.00 |
| Premium Holiday | | | | 218.30 | $109.15 |
| Sign-On | | | | 15.30 | $650.25 |
| | | | | | $250.00 |
| **Taxes** | | | | | |
| Fed W/H | | | $266.83 | | $4,077.27 |
| FICA EE | | | $80.08 | | $1,194.13 |
| Fed MWT EE | | | $78.77 | | $1,213.13 |
| PA W/H | | | $18.43 | | $283.72 |
| PA UT EE | | | $39.01 | | $600.70 |
| AmblrBorLST | | | $0.89 | | $13.69 |
| PhilCityW/H | | | $2.00 | | $32.00 |
| | | | $47.65 | | $739.90 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | $1,003.72 | | $15,489.33 |
| Direct Deposit | 236084285 | XXXX5501 | $1,003.72 | | |

**Accruals & Balances**

| | | | |
|---|---|---|---|
| Annual Leave Balance: | 30.47 Hours | Annual Leave Accrued: | 4.31 Hours |
| Catastrophic Leave Balance: | 21.26 Hours | Catastrophic Leave Accrued: | 1.71 Hours |
| Annual Leave Accrual Balance: | 4.28 Hours | Annual Leave Accrual Accrued: | 4.28 Hours |

CERIDIAN

Page 1 of 1