UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | | Chapter 13 |
| CARRIE HUDSON | | Bankruptcy No.23-12364-PMM |
| | | |
| Debtor | | |

## CERTIFICATE OF SERVICE

I, Kenneth E. West, Esq., do hereby certify that a true and correct copy of the foregoing

*Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the

above-referenced case has been served this 6th day of February, 2024, by first class mail upon

those listed below:

CARRIE HUDSON
1506 S CORLIES STREET
PHILADELPHIA, PA  19146

**Electronically via CM/ECF System Only:**

MICHELLE LEE, ESQ

Office of the United States Trustee
Robert N.C. Nix Federal Courthouse
900 Market Street, Suite 320
Philadelphia, PA  19107

*/s/ Kenneth E. West, Esq.*
Kenneth E. West, Esq.
Standing Chapter 13 Trustee