**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:   Carrie Hudson<br><br>                    Debtor(s)<br><br>THE BANK OF NEW YORK MELLON<br>TRUST COMPANY, N.A. FKA THE<br>BANK OF NEW YORK TRUST COMPANY,<br>N.A. AS SUCCESSOR TO<br>JPMORGAN CHASE BANK,AS TRUSTEE<br>FOR RESIDENTIAL ASSET<br>MORTGAGE PRODUCTS, INC. MORTGAGE<br>ASSET-BACKED<br>PASS-THROUGH CERTIFICATES SERIES<br>2006-RP1, or its Successor or Assignee<br>                    Movant<br>          vs.<br><br>Kenneth E. West, Trustee<br>Carrie Hudson<br>                    Respondent(s) | Chapter 13<br>Bankruptcy No. 23-12364-pmm |

# ORDER

Upon consideration of the objection of Creditor to confirmation of the Chapter 13 plan, and after notice and hearing, it is hereby

ORDERED that the objection is sustained.

BY THE COURT,

_____

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:    Carrie Hudson<br><br>                          Debtor(s)<br><br>THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. FKA THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JPMORGAN CHASE BANK, AS TRUSTEE FOR RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC. MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2006-RP1, or its Successor or Assignee<br>                          Movant<br>                    vs.<br><br>Kenneth E. West, Trustee<br>Carrie Hudson<br>                          Respondent(s) | Chapter 13<br>Bankruptcy No. 23-12364-pmm |

## AMENDED OBJECTION TO PLAN

THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. FKA THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JPMORGAN CHASE BANK, AS TRUSTEE FOR RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC. MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2006-RP1 ("Creditor") is a secured creditor of the above Debtor and by its counsel hereby objects to the Debtor's Chapter 13 Plan ("Plan") as follows:

    1.    Creditor filed a Proof of Claim number 9-1 on October 16, 2023 with respect to its secured interest in real property of the Debtor or of the estate which is commonly known as and located at 1506 South Corlies Street, Philadelphia, Pennsylvania 19146 ("Property"); such Proof of Claim indicates a total debt claim of $15,836.94.

    2.    Creditor objects as Debtor's Plan does not state what the treatment of the real estate taxes and homeowners' insurance will be going forward.

WHEREFORE, for the foregoing reasons, THE BANK OF NEW YORK MELLON

TRUST COMPANY, N.A. FKA THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JPMORGAN CHASE BANK, AS TRUSTEE FOR RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC. MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2006-RP1 requests that Debtor's plan be amended to reflect Debtor's payment of real estate taxes and homeowners' insurance going forward.

/s/ Andrew M. Lubin
ANDREW M. LUBIN, ESQUIRE ID # 54297
Attorney for THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. FKA THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JPMORGAN CHASE BANK, AS TRUSTEE FOR RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC. MORTGAGE ASSET BACKED PASS-THROUGH CERTIFICATES SERIES 2006-RP1
1420 Walnut Street, Suite 1501
Philadelphia, PA 19102
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mwc-law.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:   Carrie Hudson<br><br>             Debtor(s)<br><br>THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. FKA THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JPMORGAN CHASE BANK, AS TRUSTEE FOR RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC. MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2006-RP1, or its Successor or Assignee<br>             Movant<br>   vs.<br><br>Kenneth E. West, Trustee<br>Carrie Hudson<br>             Respondent(s) | Chapter 13<br>Bankruptcy No. 23-12364-pmm |

**CERTIFICATION OF SERVICE OF AMENDED OBJECTION TO PLAN**

I, Andrew M. Lubin, attorney for THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. FKA THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JPMORGAN CHASE BANK, AS TRUSTEE FOR RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC. MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2006-RP1, hereby certify that I served a true and correct copy of the foregoing Objection to Plan, by United States Mail, first class, postage prepaid, and/or electronic means, upon the following:

Date Served: March 20, 2024

| | | |
|---|---|---|
| Carrie Hudson<br>1506 S. Corlies St<br>Philadelphia, PA19146 | MICHELLE LEE<br>Dilworth Paxson<br>1500 Market Street<br>Suite3500E<br>Philadelphia, PA 19102<br>Attorney for Debtor | Kenneth E. West<br>Office of the Chapter 13 Standing Trustee<br>1234 Market Street - Suite 1813<br>Philadelphia, PA19107<br>Trustee |
| | United Stated Trustee<br>Office of United States Trustee<br>Robert N.C. Nix Federal Building<br>900 Market Street<br>Suite 320<br>Philadelphia, PA19107 | |

/s/ Andrew M. Lubin
ANDREW M. LUBIN, ESQUIRE ID # 54297
Attorney for THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. FKA THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JPMORGAN CHASE BANK, AS TRUSTEE FOR RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC. MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2006-RP1
1420 Walnut Street, Suite 1501
Philadelphia, PA 19102
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mwc-law.com