**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br>Carrie Hudson<br>　　　Debtor<br><br>The Bank Of New York Mellon Trust Company, N.A. FKA The Bank Of New York Trust Company, N.A. As Successor To JPMorgan Chase Bank, As Trustee For Residential Asset Mortgage Products, Inc. Mortgage Asset-Backed Pass-Through Certificates Series 2006-RP1,<br>　　　Movant<br><br>vs.<br><br>Carrie Hudson, and Kenneth E. West, Trustee<br>　　　Respondents | Chapter 13<br><br>Case No. 23-12364-pmm |

　　　The Bank Of New York Mellon Trust Company, N.A. FKA The Bank Of New York Trust Company, N.A. As Successor To JPMorgan Chase Bank, As Trustee For Residential Asset Mortgage Products, Inc. Mortgage Asset-Backed Pass-Through Certificates Series 2006-RP1 filed a Motion To Approve The Application Of Homeowners Assistance Funds To Debtor's Loan in regards to a mortgage held on Debtor's property located at 1506 S. Corlies Street, Philadelphia, PA 19146

　　　**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

　　　1.　　If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before May 31, 2024 you or your attorney must do <u>all</u> of the following:

　　　　　(a)　　file an answer explaining your position at

　　　　　　United States Bankruptcy Court
　　　　　　For the Eastern District of Pennsylvania
　　　　　　900 Market Street
　　　　　　Suite 400
　　　　　　Philadelphia, Pennsylvania 19107

　　　If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)    mail a copy to the Movant's attorney:

> Andrew M. Lubin, Esquire
> McCabe, Weisberg & Conway, LLC
> 1420 Walnut Street, Suite 1501
> Philadelphia, PA 19102
> Phone: (215)790-1010
> Fax: (215)790-1274

    2.    If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

    3.    A hearing on the motion is scheduled to be held before Judge Patricia M. Mayer on June 12, 2024 at 1:00pm in Courtroom #1, United States Bankruptcy Court, 900 Market Street, Suite 400, Philadelphia, Pennsylvania 19107.

    4.    If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

    5.    You may contact the Bankruptcy Clerk's office to find out whether the hearing has been canceled because no one filed an

answer. Date:  May 17, 2024