# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Carrie Hudson<br>　　　Debtor<br><br>The Bank Of New York Mellon Trust Company, N.A. FKA The Bank Of New York Trust Company, N.A. As Successor To JPMorgan Chase Bank, As Trustee For Residential Asset Mortgage Products, Inc. Mortgage Asset-Backed Pass-Through Certificates Series 2006-RP1,<br>　　　Movant<br><br>vs.<br><br>Carrie Hudson, and Kenneth E. West, Trustee<br>　　　Respondents | Chapter 13<br><br>Case No.  23-12364-pmm |

## ORDER

AND NOW, this __11th__ day of __June_____ , 2024, it is hereby ORDERED that the Movant is approved to apply the homeowners assistance funds in the amount of $ 11,371.59 to the Debtor's mortgage loan, regarding the lien on the property located at 1506 S. Corlies Street, Philadelphia, PA 19146;

It is further ORDERED that the Movant, within thirty days of the entry of this Order, shall file an amended Proof of Claim reflecting an application of the funds.

BY: _/s/ Patricia M. Mayer_
　　　Honorable Patricia M. Mayer, U.S.B.J.
　　　United States Bankruptcy Court