United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Carrie Hudson  
    Debtor

Case No. 23-12364-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2  
Date Rcvd: Jun 11, 2024     Form ID: pdf900     Total Noticed: 2

The following symbols are used throughout this certificate:  
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carrie Hudson, 1506 S. Corlies Street, Philadelphia, PA 19146-3510 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 12 2024 00:33:00 | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA, N.A. |
| cr | *+ | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | *+ | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | *+ | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 13, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW M. LUBIN | on behalf of Creditor The Bank of New York Mellon Trust Company N.A. FKA The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, N.A., as Trustee for Residential Asset Mortgage Products, Inc., Mortga |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 11, 2024 | Form ID: pdf900 | Total Noticed: 2 |

nj-ecfmail@mwc-law.com, bkecf@milsteadlaw.com

DENISE ELIZABETH CARLON

on behalf of Creditor The Bank of New York Mellon Trust Company  N.A. FKA The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, N.A., as Trustee for Residential Asset Mortgage Products, Inc., Mortga bkgroup@kmllawgroup.com

KENNETH E. WEST

ecfemails@ph13trustee.com philaecf@gmail.com

MARISA MYERS COHEN

on behalf of Creditor The Bank of New York Mellon Trust Company  N.A. FKA The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, N.A., as Trustee for Residential Asset Mortgage Products, Inc., Mortga ecfmail@mwc-law.com, mcohen@mwc-law.com

MARISA MYERS COHEN

on behalf of Creditor BANK OF AMERICA  N.A. ecfmail@mwc-law.com, mcohen@mwc-law.com

MICHELLE LEE

on behalf of Debtor Carrie Hudson bky@dilworthlaw.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Carrie Hudson<br>     Debtor<br><br>The Bank Of New York Mellon Trust Company, N.A. FKA The Bank Of New York Trust Company, N.A. As Successor To JPMorgan Chase Bank, As Trustee For Residential Asset Mortgage Products, Inc. Mortgage Asset-Backed Pass-Through Certificates Series 2006-RP1,<br>     Movant<br><br>vs.<br><br>Carrie Hudson, and Kenneth E. West, Trustee<br>     Respondents | Chapter 13<br><br>Case No.  23-12364-pmm |

## **ORDER**

AND NOW, this __11th__ day of __June_____, 2024, it is hereby

ORDERED that the Movant is approved to apply the homeowners assistance funds in the

amount of $ 11,371.59 to the Debtor's mortgage loan, regarding the lien on the property located

at 1506 S. Corlies Street, Philadelphia, PA 19146;

It is further ORDERED that the Movant, within thirty days of the entry of this Order,

shall file an amended Proof of Claim reflecting an application of the funds.

BY: _/s/ Patricia M. Mayer_
     Honorable Patricia M. Mayer, U.S.B.J.
     United States Bankruptcy Court