United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                           Case No. 23-12364-pmm

Carrie Hudson                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                User: admin                                 Page 1 of 3

Date Rcvd: Oct 09, 2024                       Form ID: pdf900                        Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carrie Hudson, 1506 S. Corlies Street, Philadelphia, PA 19146-3510 |
| 14806584 | + | BANK OF AMERICA, N.A., c/o, McCabe, Weisberg & Conway, LLC, 1420 Walnut Street, Suite 1501, Philadelphia, PA 19102-4015 |
| 14806802 | + | Bank of America, c/o Marisa Myers Cohen,Esquire, 1420 Walnut Street, Suite 1501, Philadelphia, PA 19102-4015 |
| 14820004 |   | Bank of America, N.A., P.O. Box 660933, Dallas TX 75266-0933 |
| 14805560 | + | Carepayment, 9600 SW Nimbus Ave, Ste. 260, Beaverton, OR 97008-7386 |
| 14805566 | + | Jefferson Endoscop Center, PO Box 781668, Philadelphia, PA 19178-1668 |
| 14805575 | + | Synergy Orthopedics, 920 Germantown Pike, Ste 210, Plymouth Meeting, PA 19462-7401 |
| 14808939 | + | The Bank of New York Mellon Trust Company, N.A.FKA, c/o Michael Farrington, 701 Market Street Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 09 2024 23:52:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14817826 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Oct 09 2024 23:51:00 | Ascendium Education Solutions Inc, PO BOX 809142, Chicago, IL 60680-9142 |
| 14805557 | | Email/Text: bnc-aquafinance@quantum3group.com | Oct 09 2024 23:52:00 | Aqua Finance Inc., PO box 83162, Chicago, IL 60691-0162 |
| 14805558 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 09 2024 23:51:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14805559 | | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 09 2024 23:51:00 | Bank of America Home Loans, Po Box 5170, Simi Valley, CA 93062-5170 |
| 14819764 | | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 09 2024 23:51:00 | Bank of America, N.A., P.O. Box 31785, Tampa, FL 33631-3785 |
| 14849133 | | Email/Text: megan.harper@phila.gov | Oct 09 2024 23:52:00 | City of Philadelphia, Law Department-Tax & Revenue Unit, 1401 JFK Blvd., 5th Floor, Philadelphia, PA 19102 |
| 14826375 | | Email/Text: megan.harper@phila.gov | Oct 09 2024 23:52:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14805561 | + | Email/Text: bankruptcy@connexuscu.org | Oct 09 2024 23:52:00 | Connexus Credit Union, Attn: Bankruptcy, Po Box 8026, Wausau, WI 54402-8026 |
| 14805562 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 09 2024 23:52:00 | Credit Collection Service, 725 Canton Street, Norwood, MA 02062-2679 |
| 14805563 | | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 09 2024 23:52:00 | Credit Collection Services, Po Box 447, Norwood, MA 02062-0447 |
| 14805564 | + | Email/Text: bknotice@ercbpo.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14805565 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 09 2024 23:52:00 | ERC, PO box 23870, Jacksonville, FL 32241-3870 |
| | | | Oct 09 2024 23:51:00 | IRS, POBox 742562, Cincinnati, OH 45274-2562 |
| 14805567 | ^ | MEBN | Oct 09 2024 23:42:54 | Jefferson Health, PO Box 785992, Philadelphia, PA 19178-5992 |
| 14822065 | | Email/Text: BNCnotices@dcmservices.com | Oct 09 2024 23:51:00 | Jefferson Health, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14807609 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 09 2024 23:57:37 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14805568 | + | Email/PDF: bankruptcy_prod@navient.com | Oct 09 2024 23:58:24 | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 14817657 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Oct 09 2024 23:51:00 | Navient Solutions, LLC. on behalf of, Ascendium Education Solutions Inc, PO BOX 8961, Madison, WI 53708-8961 |
| 14806471 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 09 2024 23:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14812193 | | Email/Text: bnc-quantum@quantum3group.com | Oct 09 2024 23:52:00 | Quantum3 Group LLC as agent for, Aqua Finance Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14812318 | | Email/Text: bnc-quantum@quantum3group.com | Oct 09 2024 23:52:00 | Quantum3 Group LLC as agent for Aqua Finance Inc, PO Box 2489, Kirkland, WA 98083-2489 |
| 14805569 | + | Email/Text: ngisupport@radiusgs.com | Oct 09 2024 23:51:00 | Radius Global Solutions LLC, 7831 Glenroy Road, Suite 250-A, Minneapolis, MN 55439-3117 |
| 14805570 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 09 2024 23:57:37 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14805573 | | Email/Text: bankruptcy@sequium.com | Oct 09 2024 23:51:00 | Sequium Asset Solutions, LLC, 1130 Northchase Parkway, Suite 150, Marietta, GA 30067 |
| 14805574 | | Email/Text: bankruptcy@sunbit.com | Oct 09 2024 23:51:00 | Sunbit, Attn: Bankruptcy, 10880 Wilshire Blv Suite 870, Los Angeles, CA 90024 |
| 14809926 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 09 2024 23:52:00 | Santander Consumer USA, PO Box 560284, Dallas, TX 75356-0284 |
| 14805571 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 09 2024 23:52:00 | Santander Consumer USA, PO Box 961245, Fort Worth, TX 76161-0244 |
| 14805572 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 09 2024 23:52:00 | Santander Consumer USA, Inc, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 14822851 | | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 09 2024 23:51:00 | THE BANK OF NEW YORK MELLON TRUST at. el, c/o Bank of America, N.A., P.O. Box 31785, Tampa FL 33631-3785 |
| 14808839 | ^ | MEBN | Oct 09 2024 23:42:43 | The Bank of New York Mellon Trust Company, N.A., C/O KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14821602 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 09 2024 23:58:29 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14805576 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 09 2024 23:51:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA, N.A. |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 09, 2024 | Form ID: pdf900 | Total Noticed: 40 |

| | | |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | *+ | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | *+ | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | *+ | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |

TOTAL: 1 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2024              Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW M. LUBIN | on behalf of Creditor The Bank of New York Mellon Trust Company  N.A. FKA The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, N.A., as Trustee for Residential Asset Mortgage Products, Inc., Mortga nj-ecfmail@mwc-law.com, bkecf@milsteadlaw.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor The Bank of New York Mellon Trust Company  N.A. FKA The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, N.A., as Trustee for Residential Asset Mortgage Products, Inc., Mortga bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARISA MYERS COHEN | on behalf of Creditor BANK OF AMERICA  N.A. ecfmail@mwc-law.com, mcohen@mwc-law.com |
| MARISA MYERS COHEN | on behalf of Creditor The Bank of New York Mellon Trust Company  N.A. FKA The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, N.A., as Trustee for Residential Asset Mortgage Products, Inc., Mortga ecfmail@mwc-law.com, mcohen@mwc-law.com |
| MICHELLE LEE | on behalf of Debtor Carrie Hudson bky@dilworthlaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: Carrie Hudson ) Chapter 13
)
)
)
Debtor. ) Bankruptcy. No. 23-12364

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

**AND NOW**, in consideration of the Motion to Dismiss Case filed by Kenneth West, Standing Trustee ("the Trustee") (hereinafter "the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This above-captioned chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the United States Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), any undistributed Chapter 13 plan dividend payments in the possession of the aforesaid Trustee shall not revest in the entity in which such property had vested immediately prior to the commencement of this case. **All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).**

5. All applications for allowance of administrative expenses (including applications for allowances of professional fees) shall be filed within **twenty (20) days** of the entry of this Order.

6. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties **within five (5) days** of the entry of this Order. Counsel shall file a Certification of Service confirming that such service has been accomplished **within fifteen (15) days** of the entry of this Order.

Date: October 9, 2024

_____
Hon. Patricia M. Mayer
U.S. Bankruptcy Judge