**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Carrie Hudson, | : | CHAPTER 13 |
| | : | |
| DEBTOR(S). | : | CASE NO.: 23-12364 |

## CERTIFICATION OF SERVICE

Michelle Lee, being duly sworn according to law, served the Retention of Jurisdiction upon the following individuals listed below, by electronic means, email and/or first-class mail on October 8, 2024.

cc:  Kenneth West, Chapter 13 Trustee- VIA ECF


Carrie Hudson
1506 S. Corlies Street
Philadelphia, PA 19146



**ALL ATTORNEYS OF RECORD**
**ALL PARTIES ON CLERK'S SERVICE LIST**
**ALL CREDITORS AT THE ADDRESS LISTED ON THE MATRIX AND/OR at**
**the ADDRESS LISTED ON FILED PROOFS OF CLAIMS**
**And notice to be filed electronically with the Court, where it is available for viewing and downloading from the Court's ECF system, and that such electronic filing automatically generates a Notice of Electronic filing constituting service of the filed document upon all of the parties required by Federal Rule of Bankruptcy Procedure 3020(b)(1) and all parties that have requested service of papers in this case**.


Dated: October 8, 2024                              Respectfully Submitted,

                                                     /s/ Michelle Lee
                                                    Michelle Lee, Esq.
                                                    Dilworth Paxson LLP
                                                    1500 Market Street, Suite 3500E
                                                    Philadelphia, PA 19102