# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | Chapter 13 |
| | : | |
| **Carrie Hudson,** | : | Case No. 23-12364 (PMM) |
| | : | |
| Debtor. | : | |

## ORDER TO SHOW CAUSE WHY FEE APPLICATION SHOULD NOT BE DENIED

**AND NOW**, upon consideration of the Application for Compensation (doc. #56, the "Application") filed in the above-captioned bankruptcy by counsel for the Debtor, Michelle Lee ("Counsel");

**AND** the Application seeking $5,685.00 in fees;

**AND** this case having been dismissed (without being confirmed) on October 9, 2024;

**AND** Counsel having failed to provide detailed time records in support of the Application, L.R. 2016-3;

**AND** it is therefore hereby **ORDERED**, that Debtors' Counsel **SHALL APPEAR** for a hearing on **Thursday, January 23, 2025 at 11:00 a.m. in the United States Bankruptcy Court, U.S. Courthouse, 900 Market Street, 2d Floor, Philadelphia, PA 19107** and **show cause** why the Application should not be **denied**.

_/s/ Patricia M. Mayer_

Date: 1/13/25

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**