United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                             Case No. 23-12364-pmm

Carrie Hudson                                         Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                  User: admin                                       Page 1 of 2

Date Rcvd: Jan 13, 2025                         Form ID: pdf900                             Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2025:**

**Recip ID              Recipient Name and Address**
db                 +   Carrie Hudson, 1506 S. Corlies Street, Philadelphia, PA 19146-3510

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2025                                Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2025 at the address(es) listed below:**

**Name                               Email Address**

ANDREW M. LUBIN
                                 on behalf of Creditor The Bank of New York Mellon Trust Company  N.A. FKA The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, N.A., as Trustee for Residential Asset Mortgage Products, Inc., Mortga nj-ecfmail@mwc-law.com, bkecf@milsteadlaw.com

DENISE ELIZABETH CARLON
                                 on behalf of Creditor The Bank of New York Mellon Trust Company  N.A. FKA The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, N.A., as Trustee for Residential Asset Mortgage Products, Inc., Mortga bkgroup@kmllawgroup.com

KENNETH E. WEST
                                 ecfemails@ph13trustee.com  philaecf@gmail.com

MARISA MYERS COHEN
                                 on behalf of Creditor BANK OF AMERICA  N.A. ecfmail@mwc-law.com, mcohen@mwc-law.com

MARISA MYERS COHEN

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 13, 2025 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Creditor The Bank of New York Mellon Trust Company  N.A. FKA The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, N.A., as Trustee for Residential Asset Mortgage Products, Inc., Mortga ecfmail@mwc-law.com, mcohen@mwc-law.com

MICHELLE LEE

on behalf of Debtor Carrie Hudson bky@dilworthlaw.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | **Chapter 13** |
| | : | |
| **Carrie Hudson,** | : | **Case No. 23-12364 (PMM)** |
| | : | |
| Debtor. | : | |

### ORDER TO SHOW CAUSE WHY FEE APPLICATION SHOULD NOT BE DENIED

**AND NOW**, upon consideration of the Application for Compensation (doc. #56, the "Application") filed in the above-captioned bankruptcy by counsel for the Debtor, Michelle Lee ("Counsel");

**AND** the Application seeking $5,685.00 in fees;

**AND** this case having been dismissed (without being confirmed) on October 9, 2024;

**AND** Counsel having failed to provide detailed time records in support of the Application, L.R. 2016-3;

**AND** it is therefore hereby **ORDERED**, that Debtors' Counsel **SHALL APPEAR** for a hearing on **Thursday, January 23, 2025 at 11:00 a.m. in the United States Bankruptcy Court, U.S. Courthouse, 900 Market Street, 2d Floor, Philadelphia, PA 19107** and **show cause** why the Application should not be **denied**.

Date:   1/13/25

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**