Main Case  12.6 @ $375/hour = 4725

| DATE | PROFESSIONAL SERVICES | HOU |
|---|---|---|
| 7/19/23 | T/C CLIENT RE FILING BK | 0.40 |
| 7/20/23 | V/M D RE SHERIFF SALE NOTICE | 0.10 |
| 7/20/23 | CHECK COURT DOCKET FOR FORECLOSURE; T/C D RE SCHEDULE APPOINTMENT & BRING ANY DOCUMENTS MAY HAVE | 0.30 |
| 7/25/23 | MEET W. D RE DOCUMENTS/FILING BANKRUPTCY/LOAN MODIFICATION | 1.10 |
| 8/7/23 | MEET W. D; FILE EMERGENCY BK  PULL CREDIT REPORT, COMPARE TO PRIOR BK CLAIMS REGISTER W. D; | 0.50 |
| 8/18/23 | MEET W. D RE INTAKE FOR PETITION | 0.60 |
| 8/21/23 | MEET W. D RE REVIEW PETITION; REVIEW DOCUMENTS | 1.40 |
| 9/18/23 | T/C D RE REMIND HER SHOULD BE PAYING BOA | 0.20 |

| Date | Description | Hours |
|---|---|---|
| 10/25/23 | ATTEND 341 HEARING, INCLUDE WAIT TIME B/C D HAD VIDEO TROUBLE | 0.50 |
| 10/25/23 | REVIEW PETITION/SCHEDULES FOR 341 W. D BEFORE MEETING | 0.40 |
| 10/25/23 | REVIEW POCS W. D; DRAFT AMENDED PLAN; NEED BANK STATEMENTS FOR POST-PETITION PAYMENTS TO PA DEPT REV & BOA; EMAIL PA DEPT REV RE REFUND OF 200 | 1.10 |
| 10/30/23 | REVIEW POC 10 | 0.10 |
| 11/14/23 | OBJECTION BY BOA; EMAIL CARLON RE WORKING ON LOAN MODIFICATION; PLEASE CONFIRM W. CLIENT THAT RECEIVED | 0.20 |
| 11/17/23 | AMEND SCHEDULE A/B | 0.10 |
| 1/3/24 | V/M D; T/C D RE BOA (PAYING WRONG BOA); CHECK 341 NOTES; SEND LETTER TO D RE FOLLOW-UP 341/LOAN MODIFICATION | 0.30 |
| 1/4/24 | V/M CALL RE BOA PAYMENT | 0.10 |

| Date | Description | Hours |
|---|---|---|
| 1/8/24 | T/C RE BOA MORTGAGE CONFUSION, PAYING WRONG BOA; T/C LENDER RE REQUEST FUNDS TO BE RETURNED AND REAPPLIED TO CORRECT BOA; EMAIL CARLON OF ISSUE; | 0.60 |
| 1/21/24 | REVIEW POCS AMENDED ABC AMEND DEF; AMEND PLAN T/C D | 0.80 |
| 1/23/24 | EMAIL RE CONFIRMATION DATE TO J MILLER; LISTED ON WRONG CALENDAR | 0.10 |
| 2/11/24 | REVIEW FILE, AMEND J; AMEND PLAN; REVIEW POCS; T/C D RE TRUSTEE OBJECTION; LETTER D RE FINAL REQUEST FOR INSURANCE/401K | 1.20 |
| 3/19/24 | EMAIL EX: ATTY LUBIN RE OBJECTION. APPLIED FOR HAF FUNDS. ALSO APPLIED FOR LOAN MOD BUT TURNS OUT NEVER PROCESSED IT, BUT RECEIVED A DENIAL LETTER FOR WRONG LOAN THAT TRIED TO GET MODIFICATION FOR. ALSO FUNDS NEED TO BE REFUNDED AND SENT TO OTHER BOA LOAN. HE WILL INQUIRE | .2 |
| 3/26/24 | ATTEND CONFIRMATION. HEARING CONT'D (PRO RATED) | 0.30 |
| 05/07/24 | ATTEND CONFIRMATION. HEARING CONT'D (PRO RATED) | .7 |

| Date | Description | Hours |
|---|---|---|
| **6/11/24** | ATTEND CONFIRMATION, EXPLAIN ISSUE W. BOA/HAF (PRO RATED) | 0.40 |
| **8/6/24** | ATTEND CONFIRMATION, EXPLAIN ISSUES W CONFIRMING (PRO RATED) | 0.30 |
| **8/13/24** | T/C D RE TAXES; DISMISSAL | 0.10 |
| **8/27/24** | ATTEND CONFIRMATION (PRO RATED) | 0.50 |
| | | 12.6 |

**MVL Loan Modification/HAF   6.9 @ 375 = $2587.50**

| Date | Description | Hours |
|---|---|---|
| 8/25/23 | REQUEST LOAN MOD APPLICATION; T/C D RE READY FOR MODIFICATION | .1 |
| 8/30/23 | FILE OUT & SUBMIT MODIFICATION APPLICATION THROUGH PORTAL; MEET W. D | 1.4 |
| 9/8/23 | COMMUNICATE W. LENDER THROUGH PORTAL RE ADDITIONAL PAPERWORK (TAX RETURNS, UPLOADED EXTENSION 23) | .2 |
| 9/8/23 | T/C D RE 23 TAX RETURN, NOT PREPARED; ADVISED I WILL JUST DO IT; | .1 |
| 9/9/23 | D DROP OFF TAX DOCUMENTS | n/c |
| 9/9/23 | PREPARE 23 TAX RETURN | 1.8 |
| 9/9/23 | SUBMIT RETURN TO PORTAL | n/c |
| 10/20/23 | T/C D RE PROVIDE UPDATE RE LOAN MOD; | .2 |

|  | CLAIMS NO PAPERWORK SENT TO HOUSE |  |
|---|---|---|
| 10/20/23 | CHECK PORTAL; | .1 |
| 11/14/23 | FORWARD PROOF OF LOAN MOD APPLICATION TO CARLON; RESUBMIT APPLICATION W. UPDATED DOCS TO PORTAL; TWO BOA LOANS, LENDER MIGHT BE MIXING THEM UP? 2 DIFFERENT ATTORNEYS | .4 |
| 11/20/23 | CHECK PORTAL | .1 |
| 12/19/23 | LOAN MOD DENIED. INSUFFICIENT INCOME. | .1 |
| 2/11/24 | COMPLETE HAF APPLICATION | 1.40 |
| 3/28/24 | T/C ATTY LUBIN RE HAF DOCUMENTS REQUIRED FROM LENDER | .2 |
| 5/5/24 | T/C HAF RE WATER/PECO/PGW/MORTGAGE ARREARS. RESUBMIT PAPERWORK. WATER BILL FROM WATER REVENUE ONLY POST-CONFIRMATION. LOOKING FOR PRECONFIRMATION. FORWARDED POCS | .5 |
| 5/10/24 | D APPROVED FOR HAF. FORWARD PROOF TO LUBIN | .1 |
| 5/17/24 | REVIEW MOTION TO APPROVE HAF. EMAIL LUBIN RE WHY DIDN'T LENDER SUBMIT FOR ENTIRE POC? PLEASE RESUBMIT TO HAF | .2 |
|  |  | 6.9 |

**D. Mayberry @ 175.00/hour @ 3.2 hour = $560**

| Date | Work performed | Time |
|---|---|---|
| 8/4/23 | Email request for 2021 taxes | .1 |
| 8/19/23 | Email case number & information to D | .1 |
| 8/23/23 | Prepared & emailed petition, cover letter, payment letter, not to pay car & 2nd mortgage per MVL | .6 |
| 8/24/23 | Emailed for additional updated documents; upload docs to trustee | 1.4 |
| 8/25/23 | Email D re documents | .1 |
| 8/29/23 | Fax IRS for tax forms | .1 |
| 8/29/23 | t/c D re tax return/additional documents | .3 |
| 9/26/23 | Upload pay and PCC on docket | .1 |
| 10/4/23 | Prepare and file reserve jurisdiction | .1 |
| 10/7/23 | f/u email re case dismissal | .1 |
| 10/8/23 | Filed PMM reserve jurisdiction form | .1 |
| 10/25/23 | Filed COS to reserve jurisdiction | .1 |
| | | 3.2 |